# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO YANEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONNIE SELLERS; D.O. HELMICK, COMMISSIONER, CALIFORNIA HIGHWAY PATROL; MACK WIMBISH, KERN COUNTY SHERIFF/CORONER; EDWARD R. JAGELS, KERN COUNTY DISTRICT ATTORNEY, and Does 1 through 40, inclusive,<br><br>　　　　Defendants. | CIV F 03-5123 AWI TAG<br><br>ORDER MOVING PRE-TRIAL CONFERENCE TO APRIL 29, 2005 |

　　　The parties have filed a stipulation requesting that the pre-trial conference be moved from April 20, 2005, to April 29, 2005, at 8:30 a.m. in part because Plaintiff's counsel will be in trial on April 20, 2005. In light of the stipulation, and after having reviewed the Court's schedule, the pre-trial conference will be moved to April 29, 2005.

　　　Accordingly, IT IS HEREBY ORDERED that the current pre-trial conference date of April 20, 2005, is VACATED, and that the new pre-trial conference date will be April 29, 2005, at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   April 15, 2005**                              **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE

2