**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GUSTAVO YANEZ,** )<br>)<br>    **Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>**CONNIE SELLERS; D.O. HELMICK,** )<br>**COMMISSIONER, CALIFORNIA** )<br>**HIGHWAY PATROL; MACK** )<br>**WIMBISH, KERN COUNTY** )<br>**SHERIFF/CORONER; EDWARD R.** )<br>**JAGELS, KERN COUNTY DISTRICT** )<br>**ATTORNEY, and Does 1 through 40,** )<br>**inclusive,** )<br>)<br>    **Defendants.** )<br>_____)  | CIV F 03-5123 AWI TAG<br><br>ORDER SETTING TRIAL<br>DATE, PRE-TRIAL<br>CONFERENCE DATE, AND<br>TRIAL<br>CONFIRMATION/HEARING<br>ON MOTIONS IN LIMINE<br>DATE |

On August 8, 2005, the Court held a telephonic status conference with the parties. At the telephonic hearing, dates were set for the trial, pre-trial conference, and trial confirmation/hearing on motions in limine.

In accordance with the August 8, 2005, telephonic hearing, IT IS HEREBY ORDERED that:

1. Trial in this matter is set for November 29, 2005, at 8:30 a.m.;

2. The pre-trial conference is set for September 23, 2005, at 8:30 a.m.;

3. The parties are to file a joint pre-trial statement by 4:00 p.m. September 16, 2005;

4. Any motions in limine are to be filed by 4:00 p.m. October 11, 2005;

4. Oppositions to motions in limine are to be filed by 4:00 p.m. October 21, 2005;

5. Replies to oppositions to motions in limine are to be filed by 4:00 p.m. October 26, 2005; and

6. Trial confirmation and the hearing on motions in limine is set for October 31, 2005, at 2:30 p.m.

IT IS SO ORDERED.

**Dated:** **August 8, 2005**           /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2