IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO YANEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE SELLERS; D.O. HELMICK, COMMISSIONER, CALIFORNIA HIGHWAY PATROL; MACK WIMBISH, KERN COUNTY SHERIFF/CORONER; EDWARD R. JAGELS, KERN COUNTY DISTRICT ATTORNEY, and Does 1 through 40, inclusive,<br><br>    Defendants. | CIV F 03-5123 AWI TAG<br><br>ORDER ON MOOT MOTIONS<br><br>(Document Nos. 39, 51, 54, & 59) |

    Defendant Mack Wimbish filed a motion to compel, two motions for summary judgment, and a first amended motion for summary judgment.[1] These appear on the Court's docket as document numbers 39, 51, 54, and 59, respectively. However, on April 14, 2005, Mack Wimbish was dismissed as a party under Federal Rule of Civil Procedure 41. See Doc. No. 88.

    An administrative review of the record in this case shows that documents 39, 51, 54, and 59 have been administratively termed as outstanding motions. In light of the dismissal of Mack

---

[1] The motion to compel was also filed by Edward Jagels, who was later dismissed from this case on February 18, 2005. See Doc. No. 47.

1  Wimbish as a party, documents 39, 51, 54, and 59 are moot.  To address this administrative
2  situation, the Court will dispose of these motions.
3
4       Accordingly, IT IS HEREBY ORDERED that the motions found in the Court's docket of
5  this case as documents 39, 51, 54, and 59 are DENIED as moot.
6  IT IS SO ORDERED.
7  **Dated:   August 30, 2005**                             **/s/ Anthony W. Ishii**
   0m8i78                                         UNITED STATES DISTRICT JUDGE

2