# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUSTAVO YANEZ,** | CIV F 03-5123 AWI TAG |
| Plaintiff, | |
| | **ORDER VACATING HEARING ON MOTIONS IN LIMINE, PRE-TRIAL DATES, AND TRIAL DATE** |
| v. | |
| **CONNIE SELLERS; D.O. HELMICK, COMMISSIONER, CALIFORNIA HIGHWAY PATROL; MACK WIMBISH, KERN COUNTY SHERIFF/CORONER; EDWARD R. JAGELS, KERN COUNTY DISTRICT ATTORNEY, and Does 1 through 40, inclusive,** | |
| Defendants. | |

Currently, trial in this matter is set for November 29, 2005, and the hearing on motions in in limine is set for November 21, 2005. On November 17, 2005, Plaintiff filed a motion to continue the trial date for three weeks. The motion is essentially a declaration from Plaintiff's counsel indicating that, due to unforseen circumstances and state court trials, he will not be available for trial in this matter.

In particular, the declaration indicates that a civil trial in Stockton, California, in which he is counsel, that was originally estimated to last eight days and end on October 23, 2005, is still proceeding due to a number of unforseen occurrences. The Stockton case appears likely to

continue until at least November 23, 2005.

However, Plaintiff's counsel is also defense counsel in a criminal case in Contra Costa, County California. Plaintiff's counsel indicates that his client faces a sentence of 25 years to life due to California's "three strikes" law. The criminal case has been pending for 14 months and Plaintiff's counsel does not foresee a plea bargain being reached. The original trial date in the criminal matter was November 7, 2005, but has been continued twice due to Plaintiff's Stockton case. The current trial setting is November 21, 2005. The last date on Plaintiff's client's time waiver is November 23, 2005. Plaintiff's counsel indicated in his motion that there was a possibility that a motion to strike may facilitate a plea, depending on the ruling. Counsel has since informed the Court that no progress was able to be made.

Plaintiff's counsel has contacted Defendant, and Defendant has filed a notice of non-opposition to the motion for continuance. Plaintiff requested a three week continuance, but Defendant has requested that the trial be reset for sometime in February or March 2006.

After considering the motion/declaration of Plaintiff's counsel and the notice of non-opposition by Defendant, a continuance is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Continuance is GRANTED in part and DENIED in part;
2. The November 21, 2005, hearing date on motions in limine is VACATED;
3. The November 29, 2005, trial date and the associated pre-trial dates and deadlines are VACATED;
4. A status conference will be held on December 5, 2005, at 2:30 p.m., at which time a new trial date will be set.

IT IS SO ORDERED.

**Dated:   November 17, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

2